IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LIN JING XIONG,**
**ALIEN # A98-940-400,**

      Petitioner,

vs.                                    Case No. 4:07cv214-SPM/WCS

**ALBERTO GONZALES, et al.,**

      Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

This case was initiated on May 15, 2007, doc. 1, with the filing of a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserted he was a native of China and had been in the United States since June 30, 2005. Doc. 1, pp. 1, 4. Petitioner alleged that he had been held in detention for over a year and claimed that Respondents were "unable to deport him" and would not be able to "deport him in the reasonably foreseeable future." *Id.*, at 2. Petitioner sought release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

The petition was served and on August 6, 2007, Respondents filed a motion to dismiss. Doc. 10. Respondents assert that because Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on July 20, 2007," this case no longer presents a case or controversy. Respondents note that Petitioner was released

on an Order of Supervision because the government of China denied the issuance of travel documents for Petitioner. *Id.*, at 2. Furthermore, because Petitioner has already been provided the relief he sought, this "case is moot." *Id.*, at 1.

Petitioner has not filed a response to the motion to dismiss, despite being served with a copy of the motion at his address listed on the Order of Supervision. Thus, it is undisputed that Petitioner has been afforded the relief he sought, release from custody. Accordingly, this § 2241 petition should be dismissed as moot.

## ORDER

It is **ORDERED** that the Clerk of Court shall mail a copy of this report and recommendation to Petitioner at the address provided in the certificate of service on the motion to dismiss, doc. 10.

## REPORT AND RECOMMENDATION

It is respectfully **RECOMMENDED** that the § 2241 petition filed by **LIN JING XIONG** be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on September 5, 2007.

      s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.