IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LIN JING XIONG,
ALIEN #A98-940-400,

    Plaintiff,

vs.                               Case. No.  4:07-CV-214-SPM/WCS

ALBERTO GONZALES, et al.,

    Defendants.

_____/


**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 11).  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because all court mail has been returned from Petitioner's last known institution, and Petitioner has not filed a change of address with the court. Nor is Petitioner able to be located at the address that he listed on his Order of Supervision documents.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 11) is adopted and incorporated by reference in this order.

2. The § 2241 petition filed by Petitioner is hereby *dismissed* as moot.

3. The Clerk shall mail this order to Petitioner at 2026 Forest Gate Drive E, Jacksonville, FL 32246.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of September, 2007.


       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge